## SIMMONS JANNACE DeLUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLucaΔ
William T. Collins, III
Stacey Ramis Nigro
Allison C. Leibowitz

Irina Feferman*
Jonathan D. Greenidge
Ian E. Hannon
Michael C. Lamendola*
Alexander C. Palasek
Alexi T. Poulianos*
Daniel R. Strecker
J. Daniel VelezΔ

Counsel

Susan B. Jannace
Ross M. ChinitzΔ

*Also Admitted NJ
ΔAlso Admitted CT

March 11, 2016

**VIA ECF**
Honorable Jesse M. Furman
United State District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  Maggipinto, Matthew Vincent v. Iron Mountain, et al.
          Civil Action No.: 15-cv-08166
          Our File No.: 502-8684

Dear Honorable Jesse M. Furman:

    Our office represents defendants, Lakim W. Monserrate ("Monserrate") and Iron Mountain Incorporated ("Iron Mountain"), in the above-referenced matter.  We are pleased to inform the Court that the parties reached a settlement in this matter.  We are in the course of preparing settlement documents and the stipulation of dismissal with prejudice will be filed shortly.

    Thank you for your courtesy in this matter.

                       Respectfully,

                       s/Ian E. Hannon

                       Ian E. Hannon (ih-1464)

IEH:

Honorable Jesse M. Furman
United State District Judge
Southern District of New York
March 11, 2016
Page 2


cc:  Gary Berenshteyn, Esq.
     The Law Office of Alan C. Glassman
     *Attorneys for plaintiff*
     34 Atlantic Avenue, Suite 200
     Lynbrook, New York 11563


ltr to court-settlement